Parvin **SIECZKOWSKI**, an individual, Plaintiff–Appellant,

v.

Carolyn W. **COLVIN**, Commissioner Social Security Administration, Defendant–Appellee.

No. 12–56211.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 14, 2014.

Filed Feb. 26, 2014.

Andrew Michael Wyatt, Law Offices of Andrew M. Wyatt, Woodland Hills, CA, for Plaintiff–Appellant.

Alarice M. Medrano, Esquire, Assistant U.S., USLA–Office of the U.S. Attorney, Los Angeles, CA, for Defendant–Appellee.

Before: PAEZ and NGUYEN, Circuit Judges, and MOTZ, Senior District Judge.*

## MEMORANDUM **

Parvin Sieczkowski appeals the district court's grant of summary judgment in favor of Social Security Administration Commissioner Michael J. Astrue.[1] We have jurisdiction under 28 U.S.C. § 1291.

We affirm for the reasons stated by the district court in its order of June 7, 2012.

**AFFIRMED.**

---

* The Honorable J. Frederick Motz, Senior District Judge for the U.S. District Court for the District of Maryland, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

1. Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is substituted for her predecessor, Michael J. Astrue, pursuant to Fed. R.App. P. 43(c)(2).